IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAWRENCE GEORGE HASH,**<br><br>Plaintiff,<br><br>v.<br><br>**T. RALLOS; A. PHILE; C. ALLEN; L. ZAMORA; et al.,**<br><br>Defendants. | 2:20-CV-01272 TLN AC<br><br>[Proposed] **Order on Defendants' Request to Seal Records**<br><br>Action Filed:  August 11, 2017 |

On March 8, 2021, Defendants filed a Request to Seal the documents attached as Exhibit A to the declaration of Deputy Attorney General Norman D. Morrison IV (Morrison Declaration) in support of Defendants' Opposition to Plaintiff's Motion to Quash subpoenas.

The records Defendants' request this Court to seal consist of excerpts of Plaintiff's medical records between 2012 and 2017 relating to his Nissen fundoplication surgery, subsequent gastrointestinal complaints Plaintiff attributes to his Nissen fundoplication, and the treatment and care Plaintiff received from various medical providers and institutions.

The Court finds that due to the sensitivity of the records, good cause exists to seal the records attached as Exhibit A to the Morrison Declaration, thereby precluding public access to the

records, and limiting access to the Court, the parties, and their employees, agents, representatives and experts.

The Clerk is accordingly instructed to file Exhibit A under seal, and to remove any copy or access from any publically accessible systems.

IT IS SO ORDERED.

DATED: March 10, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE