UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LAWRENCE GEORGE HASH, | No.  2:20-cv-01272-TLN-AC |
| Plaintiff, |  |
| v. | **ORDER** |
| T. RALLOS, et al., |  |
| Defendants. |  |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days.  (ECF No. 42.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 30, 2022 (ECF No. 42), are adopted in full;

2.  Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* Status and Dismiss the Complaint (ECF No. 16) is DENIED.

3.  Defendants' Motion to Dismiss (ECF No. 15) is DENIED;

4.  Within twenty-one days of the service of this order, Defendants shall file an Answer to the Complaint.

**DATE:  June 15, 2022**

Troy L. Nunley
United States District Judge