UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, | No. 2:20-cv-1272 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| T. RALLOS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to begin discovery so that he can properly defend against defendants' answer to the complaint. ECF No. 46.

By order filed July 11, 2022, this case was referred to the Post-Screening ADR Project and stayed for 120 days. ECF No. 45. The order explicitly states that "[t]he parties shall not engage in formal discovery, but the parties may elect to engage in informal discovery." Id. at 2. Plaintiff's motion to begin discovery will therefore be denied. In the event that defendants opt out of the program or a settlement conference is unsuccessful, the stay will be lifted and a discovery and scheduling order will issue at that time as a matter of course.

Plaintiff is advised that to the extent he intends to file a response to defendants' answer, the Federal Rules of Civil Procedure do not contemplate a response to an answer unless ordered by the court. Fed. R. Civ. P. 12(a)(1)(C). This court has not ordered a response to the answer in

1

this case, and any response to the answer will be stricken from the record unless it is ordered filed by the court.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to begin discovery (ECF No. 46) is DENIED.

DATED: July 13, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE