UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. RALLOS, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1272 TLN AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed July 11, 2022, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 45. That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendants now request to opt out of the Post-Screening ADR Project and that the stay be lifted. ECF No. 48. Having reviewed the request, the court finds good cause to grant it.[1] By separate order, the court will set a schedule for discovery and pretrial motions.

////

---

[1] Counsel for defendant is advised that in the future, any motion to opt out should affirm that counsel has taken all steps outlined in the order referring the case to the Post-Screening ADR Project, including speaking with plaintiff.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project (ECF No. 48) is GRANTED.

2. The stay of this action, commencing July 11, 2022 (ECF No. 45) is LIFTED.

DATED: August 11, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE