1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LAWRENCE GEORGE HASH,                    No.  2:20-cv-1272 TLN AC P

12              Plaintiff,

13        v.                                   ORDER

14    T. RALLOS, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.

18  § 1983, has filed a motion for a sixty-day extension of time to complete discovery and for

19  defendants to justify their untimely discovery responses.  ECF No. 51.

20        Plaintiff asserts that he served discovery requests on defendants on October 2, 2022, that

21  responses were therefore due on November 16, 2022, and that he did not receive the responses

22  until November 29, 2022.  ECF No. 51 at 1-2.  He seeks a sixty-day extension of the discovery

23  deadline in order to have time to confer with defendants regarding any issues with their responses

24  and to file a motion to compel.  Id. at 2.  He further requests that the court admonish defendants'

25  counsel if defendants do not justify their untimely responses.  Id. at 3.

26        The discovery and scheduling order in this case set the deadline for discovery, including

27  the filing of motion to compel, as December 2, 2022.  ECF No. 50 at 5.  The order also provided

28  that the parties were excused from the requirement that they confer or attempt to confer prior to

                                            1

1   bringing a discovery motion.  Id.  While the court appreciates plaintiff's intention to attempt to

2   confer with defendants, it is unnecessary for him to do so prior to bringing a motion to compel.

3   Furthermore, it is unclear from the motion whether plaintiff has completed his review of the

4   discovery responses or determined that any responses are deficient.  Because it is unclear whether

5   any discovery disputes requiring a motion to compel exist, and it is unnecessary for plaintiff to

6   confer with defendants prior to filing a motion to compel if they do, the request for an extension

7   of time will be granted in part.  In the event plaintiff determines a motion to compel is necessary

8   and requires additional time in which to file one, he may file a motion for a further extension of

9   the deadline.

10          With respect to plaintiff's request that the court admonish defendants' counsel if they do

11   not justify defendants' late discovery responses, the motion will be denied because plaintiff has

12   not demonstrated that the responses were untimely.  Based on the information provided by

13   plaintiff, defendants responses were due on November 21, 2022, not November 16, 2022.[1]

14   Though plaintiff states that he did not receive the responses until November 29, 2022, he provides

15   no information regarding when the responses were served.  Presumably, defendants mailed their

16   responses to plaintiff, making the date they were mailed the date of service, and the relevant date

17   is that on which defendants served their responses, not the date on which they were received by

18   plaintiff.

19   ////

20   ////

21   ////

22   ////

23

24   [1]  The forty-fifth day fell on Wednesday, November 16, 2022.  However, the deadline was then
extended an additional three days because plaintiff served his requests by mail and further
25   extended until the next day that was not a Saturday, Sunday, or legal holiday, making the deadline
Monday, November 21, 2022.  See Fed. R. Civ. P. 6(a)(1)(C) (when deadline falls on a Saturday,
26   Sunday, or legal holiday, it is continued to the next day that is not a Saturday, Sunday, or legal
holiday); Fed. R. Civ. P. 6(d) (when deadline is based on date of service and service is
27   accomplished by mail, "3 days are added after the period would otherwise expire under Rule
6(a)").
28

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time and to admonish defendants' counsel (ECF No. 51) is GRANTED in part.  Plaintiff shall have thirty days from the service of this order to file any necessary motions to compel.  In all other respects, the motion is DENIED.

DATED: December 8, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3