UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>  Plaintiff,<br><br>  v.<br><br>T. RALLOS, et al.,<br><br>  Defendants. | No. 2:20-cv-1272 TLN AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The pretrial motions deadline in this case was vacated pending resolution of the outstanding discovery disputes. ECF No. 56. Plaintiff's motions to compel were granted in part, the time for plaintiff to file any subsequent motions for sanctions has now passed, and discovery is now closed. ECF No. 79.

Accordingly, IT IS HEREBY ORDERED that the parties shall have forty-five days from the service of this order to file any dispositive motions.

DATED: December 2, 2024

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1